UNITED STATES of America, Plaintiff–Appellee,

v.

Gerardo TAPIA–CARRILLO, Defendant–Appellant.

No. 02–51081.
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Feb. 11, 2004.

Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff–Appellee.

Gerardo Tapia–Carrillo, Bastrop, TX, Pro se.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

Patrick M. Stayton, the appointed appellate attorney for defendant-appellant Gerardo Tapia–Carrillo ("Tapia"), has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Tapia has filed a response brief to counsel's motion but he fails to identify any nonfrivolous issues for appeal. Al-

though counsel's brief fails to address several variances from FED. R.CRIM. P. 11 during rearraignment, our independent review of the record reflects that those variances were not plain error and that there are no nonfrivolous issues for appeal. Accordingly, Stayton's motion for leave to withdraw is GRANTED, Stayton is excused from further responsibilities herein, and this appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.